Drew L. Johnson
Kathryn Tassinari
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**JEFFREY E. JOSH,**

            Plaintiff,

vs.

Commissioner of Social Security
Administration,

            Defendant.
_____

Case No. 6:16-cv-1798-SI

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $14,393.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b).  Defendant shall pay this amount to Plaintiff's counsel, Drew L. Johnson less an administrative assessment pursuant to 42 U.S.C. 406(d).

Plaintiff's counsel will refund to Plaintiff any Equal Access to Justice Act ("EAJA") attorney's fees received. There are no other costs.

IT IS SO ORDERED this day of January 11, 2018.


<u>/s/ Michael H. Simon</u>
U.S. District Judge/Magistrate Judge


PRESENTED BY:

By: <u>/s/ DREW L. JOHNSON</u>
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff