Drew L. Johnson
Kathryn Tassinari
DREW L. JOHNSON, P.C.
sherwoodreese@comcast.net
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**JEFFREY E. JOSH,**

        Plaintiff,

vs.

**Commissioner of Social Security Administration,**

        Defendant.

_____

Case No. 6:16-cv-1798-SI

**ORDER APPROVING AUXILIARY ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

    Counsel for Defendant having no objection, Motion is hereby granted in the sum of $5084.50 as full settlement of all claims for attorney fees regarding Plaintiff's auxiliary retroactive benefits pursuant to 42 U.S.C. §406(b). There are no other costs.

    IT IS SO ORDERED this day of September _13th_ , 2018


                                                _/s/ Michael H. Simon_
                                                U.S. District Judge